MECHANICS' BANK (UNITED STATES v.). See Case No. 15,756.
MECHANICS' BANK (WILLIAMS v.). See Case No. 17,727.
MECHANICS' BANK OF ALEXANDRIA (GRAY v.). See Case No. 5,723.

## Case No. 9,384.

### MECHANICS' BANK OF ALEXANDRIA v. LYNN.

[2 Cranch, C. C. 246.] [1]

Circuit Court, District of Columbia. May Term, 1821.

LIMITATION OF ACTIONS—WHEN PLEADED.

The statute of limitations may be pleaded on the first day of the term next after office-judgment.

[1] [Reported by Hon. William Cranch, Chief Judge.]

[1] [Reported by Hon. William Cranch, Chief Judge.]

At law.

Mr. Swann, for plaintiff.
Mr. Taylor, for defendant.

THE COURT (MORSELL, Circuit Judge, absent) decided that the plea of the statute of limitations is an issuable plea, and may be pleaded on the first day of the term next after the office-judgment.